# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**PIERRE JOEL JUNIOR BAGUIDY,**

    **Plaintiff,**

vs.                                                     Case No. 4:13cv180-WS/CAS

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff submitted a complaint asserting claims under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq*. Doc. 1. Although Plaintiff submitted the complaint in late February, 2013, the Clerk did not notify chambers of the complaint until April, 2013. Doc. 2.

Plaintiff did not simultaneously pay the filing fee for this case at the time of case initiation, nor did Plaintiff submit an in forma pauperis application. Thus, an Order was entered on April 11, 2013, directing the Clerk of Court to provide Plaintiff with an in forma pauperis application packet and providing Plaintiff with the opportunity to either pay the $350.00 filing fee or submit a completed in forma pauperis motion. Doc. 3. That Order has now been returned to the Court as "undeliverable." Doc. 4. The

envelope is stamped "Return to Sender; Unable to Forward." *Id.* Because it appears that Plaintiff has been released from the Wakulla County Jail and the Court is unable to locate Plaintiff, this case should be dismissed without prejudice for failure to prosecute.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for failure to prosecute as court orders are unable to be delivered to Plaintiff.

**IN CHAMBERS** at Tallahassee, Florida, on April 16, 2013.

    S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**