IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PIERRE JOEL JUNIOR BAGUIDY,

    Plaintiff,

v.                                                                       4:13cv180-WS

UNITED STATES OF AMERICA,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's amended report and recommendation (doc. 5) docketed April 16, 2013. The magistrate judge recommends that the plaintiff's action be dismissed for failure to provide the court with a valid mailing address and to prosecute.

Upon review of the record, this court has determined that the magistrate judge's amended report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's amended report and recommendation (doc. 5) is hereby ADOPTED and incorporated by reference into this order.

    2. The plaintiff's complaint and this action are DISMISSED for failure to prosecute and to provide the court with a valid mailing address.

3.  The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this   9th   day of   May  , 2013.


                 s/ William Stafford
                 WILLIAM STAFFORD
                 SENIOR UNITED STATES DISTRICT JUDGE